WILLIAM A. GOLLICK v. LAKE REGION HOTEL CO.
(Two Cases.)

159 So. 291.
Division B.
Opinion Filed February 8, 1935.
Petition for Rehearing Denied February 22, 1935.

*Huffaker & Edwards,* for Appellant;
*Edwards & Marchant,* for Appellee.

PER CURIAM.—This case is before us on motion to quash appeal addressed to final decree. Sections 2920 R. G. S., 4639 C. G. L., and 3173 R. G. S., 4965 C. G. L.; and Williams v. Dunn, 105 Fla. 327, 141 Sou. 190; Holtsberg v. McCrary (Fla.) 158 Sou. 123.

This is the third appearance of the case here. See Lake Region Hotel Co. v. Gollick, 110 Fla. 324, 149 Sou. 204, and same, 111 Fla. 64, 140 Sou. 205.

The motion to quash will be denied.

In considering the motion to quash it has been necessary for us to study the record and also the brief filed on behalf of appellant Gollick.

The disposition of the appeal now depends solely upon a determination of the question whether or not the decree is supported by substantial evidence. We find that there is abundant substantial evidence to support and, therefore, the decree appealed from should now be affirmed.

So ordered.

Affirmed.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur in the opinion and judgment.